IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00932-MSK-MJW

RALPH GLEN MOOREHEAD, and
VIRGINIA MOOREHEAD,

      Plaintiffs,

v.

CAMBRIDGE INTEGRATED SERVICES, INC.,
COMBINED INSURANCE GROUP,
a/k/a COMBINED INSURANCE COMPANY OF AMERICA,
a/k/a AON CORPORATION,
a/k/a COMBINED AON,

      Defendants.

_____

**ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636(c)**
_____

      All parties to this action have consented **(#16)** to the exercise of jurisdiction by a United States Magistrate Judge for all further proceedings in this case pursuant to 28 U.S.C. § 636(c). Pursuant to D.C. Colo. L. Civ. R. 72.2(E), the Clerk of the Court shall randomly draw this case to a Magistrate Judge other than the Magistrate Judge currently assigned to this case. The case shall then be **REFERRED** to that Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and D.C. Colo. L. Civ. R. 72.2.

DATED this 15th day of February 2006.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge