IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00932 PAC-MJW

RALPH GLENN MOOREHEAD and VIRGINIA MOOREHEAD,

Plaintiffs,

v.

CAMBRIDGE INTEGRATED SERVICES, INC., COMBINED INSURANCE GROUP, a/k/a COMBINED INSURANCE COMPANY OF AMERICA, a/k/a COMBINED INSURANCE COMPANY a/k/a AON CORPORATION, a/k/a/ COMBINED AON,

Defendants.

---

**ORDER REGARDING UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE**

---

(Docket No. 24)

This matter coming on before the Court on Defendants' Unopposed Motion to Vacate Settlement Conference, the Court having reviewed the motion and the file, and being fully advised in the premises;

IT IS ORDERED that the settlement conference scheduled for March 13, 2006, is hereby vacated. ⊛

DATED this 3rd day of March, 2006.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

⊛ The parties may request that a settlement conference be set by filing an appropriate motion

MJW 3-3-06