IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00932-PAC-MJW

RALPH GLENN MOOREHEAD, and
VIRGINIA MOOREHEAD,

    Plaintiff(s),

v.

CAMBRIDGE INTEGRATED SERVICES, INC.,
COMBINED INSURANCE GROUP,
a/k/a COMBINED INSURANCE COMPANY OF AMERICA,
a/k/a AON CORPORATION,
a/k/a COMBINED AON,

    Defendant(s).

_____

### ORDER OF DISMISSAL
_____

On May 4, 2006, the parties filed a Stipulated Dismissal with Prejudice (doc. 29). After careful review of the motion and the file, the court has concluded that the motion should be granted and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That this action is dismissed with prejudice with each party to pay his, her or its own costs and attorneys' fees.

Dated May 10, 2006, at Denver, Colorado.

                        BY THE COURT:

                        s/ Patricia A. Coan
                        Patricia A. Coan
                        United States Magistrate Judge